# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   Plaintiff,<br>               v.<br>JUAN LARA CARMONA<br>   Defendant. | Criminal no. 21-347 (FAB) |

**Motion for leave to file Exhibit in the Spanish Language and request for an Extension of Time to File English Translation.**

To the Honorable Court:

Comes now the defendant, Mr. Lara Carmona, and respectfully states and prays as follows:

1. Mr. Lara Carmona filed his Sentencing Memorandum on April 21, 2022. (See Docket Entry #32)

2. In in, Mr. Juan Lara Carmona refers to the Pre-Sentence Report, regarding Mr. Lara Carmona's sibling's untimely deaths just days from each other.

3. The undersigned was able to secure photographs of the Death Certificates provided by Mr. Lara Carmona's family in the Dominican Republic, which were forwarded to USPO Santana on March 25, 2022.

4. Additional medical information regarding Mr. Lara Carmona's son was forwarded to USPO Santana on April 4, 2022.

5. The Death Certificates and the medical information were obtained in the Spanish language, and are included to this motion.

6. The undersigned has learned that the translation of these documents will be completed no later than April 29, 2022.

**WHEREFORE**, Mr. Lara Carmona respectfully requests that this Court take note of the attached documents and grants the requested term to submit the official translation of these documents in the next couple of days.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26st day of April 2022.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com
