IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>                v.<br><br>JUAN LARA CARMONA<br>    Defendant. | Criminal no. 21-347 (FAB) |

**MOTION REQUESTING AUTHORIZATION TO FILE CJA VOUCHER**

**To the Honorable Court:**

Comes now the defendant, Mr. Lara Carmona, and respectfully states and prays as follows:

1. In compliance with Local Criminal Rule 144(b)(1), the undersigned hereby submits the instant Motion.

2. In accordance to said rule, an attorney must seek authorization from the presiding officer if a CJA Payment Voucher is submitted past the 45-day period from the entry of judgment.

3. The undersigned was appointed to represent Mr. Lara Carmona on September 15, 2021 and continued to represent the defendant through his sentencing hearing, and after completing some post-sentencing matters, which concluded on May 9, 2022. (*See* Docket Entry #3)

4. This Court entered its judgment and April 27, 2022. (*See* Docket Entry #10)

5. Accordingly, the last day to file the e-voucher was on June 24, 2022.

6. The undersigned had prepared the corresponding CJA voucher by May 15, 2022, but had inadvertently forgotten to submit the same for review.

7. Today, while verifying other vouchers, the undersigned became aware of the mistake.

8. This unnoticed and unfortunate oversight delayed the timely submission the CJA Voucher for this case.

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion and authorize the Motion for Authorization to File CJA Voucher.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of August, 2022.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com
