AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Judical District of Puerto Rico

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  21-347 (FAB) |
| Juan Lara-Carmona | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 01/04/2024

*/S/ Helena B. Daniel*
*Attorney's signature*

Helena B. Daniel USDC  G03909
*Printed name and bar number*

United States Attorney's Office
Chardón Tower, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico  00918
*Address*

helena.daniel@usdoj.gov
*E-mail address*

(787) 766-5656
*Telephone number*

(787) 766-5398
*FAX number*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January 20 24, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this case.

s/ *Helena B. Daniel*
Helena B. Daniel
Special   Assistant U.S. Attorney